**94–756. State v. Gumm.**
Hamilton App. No. C–920907. Upon consideration of appellant's notice of filing petition for post-conviction relief and it appearing that a petition for post-conviction relief has been filed by appellant with the Hamilton County Common Pleas Court,

IT IS ORDERED by the court that the stay of execution pending exhaustion of state post-conviction remedies be, and the same is hereby, continued.

IT IS FURTHER ORDERED by the court that compliance with the mandate and execution of sentence be, and the same are hereby, stayed pending the exhaustion of all proceedings for post-conviction relief before courts of this state.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.

**94–2208. State v. Phillips.**
Summit App. No. 16487. Upon consideration of the motion filed by counsel for appellant to continue stay of execution in the above-styled cause pending the exhaustion of state post-conviction remedies, and it appearing from the exhibits to the motion that a petition for post-conviction relief has been filed by appellant with the Summit County Common Pleas Court,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED by the court that compliance with the mandate and execution of sentence be, and the same are hereby, stayed pending the exhaustion of all proceedings for post-conviction relief before courts of this state.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.

**96–616. State v. Dicus.**
Hardin App. No. 6–95–12. This cause is pending before the court on the certification of conflict by the Court of Appeals for Hardin County. On review of the order certifying a conflict,

IT IS DETERMINED by the court that a conflict exists.

IT IS ORDERED by the court, *sua sponte,* that this cause be consolidated with Supreme Court case No. 96–615, *State v. Dicus,* and held for the decision in Supreme Court case No. 96–838, *Akron v. Kirby.*

IT IS FURTHER ORDERED by the court that the briefing schedule be stayed.